UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                        Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND
DEVELOPMENT; SSVF PROVIDER,

                        Defendants.

25-CV-8690 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the Fair Housing Act, 42

U.S.C. § 3601 *et seq.*, Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132,

and the Rehabilitation Act, 29 U.S.C. § 794 *et seq.*  Plaintiff also brings claims under 42 U.S.C.

§ 1983 for alleged violations of his constitutional rights, and claims under state law.  Plaintiff

sues the New York City Department of Housing Preservation and Development (HPD) and a

nonprofit referred to as "SSVF Provider," which he has not identified by name. Plaintiff seeks to

proceed under a pseudonym and has not provided an address of record for service or consented

to accept electronic service of documents.

By order dated November 26, 2025, the Court granted Plaintiff's request to proceed *in*

*forma pauperis* (IFP), that is, without prepayment of fees.

### DISCUSSION

Plaintiff seeks to proceed as John Doe.  The Second Circuit established a multi-factor test

in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 192 (2d Cir. 2008), for evaluating motions

to proceed under a pseudonym.  The interests of the defendant is a factor to be considered.  *See*

*Sealed Plaintiff*, 537 F.3d at 192 ("[T]he interests of the . . . opposing party should be considered

when determining whether to grant an application to proceed under a pseudonym.").  Generally, it is preferable to have the benefit of the defendants' views when resolving a motion to proceed under a pseudonym, rather than addressing the motion on an *ex parte* basis.  *See*, *e.g.*, *Doe v. Weinstein*, 484 F. Supp. 3d 90, 92 (S.D.N.Y. 2020) (before deciding *ex parte* motion for leave to proceed under a pseudonym, court directed plaintiff to serve defendant with the complaint and motion, and directed defendant to respond); *Doe v. Doe*, No. 20-CV-5329 (KAM)(CLP), 2020 WL 6900002, at *1 (E.D.N.Y. Nov. 24, 2020) (deferring ruling on plaintiff's *ex parte* motion to use a pseudonym until defendant had been given an opportunity to respond).  Accordingly, rather than resolving this issue *ex parte*, once Defendants have been served and appeared, the Court will grant them an opportunity to address Plaintiff's motion to proceed under a pseudonym.

Plaintiff, however, has not provided his name and address to the Court, and the identity of a sealed plaintiff is not generally shielded from the court.  Rule 10(a) of the Federal Rules of Civil Procedure requires that "[t]he title of the complaint must name all the parties," and Rule 11(a) requires that every pleading and other paper "must be signed by a party personally if the party is unrepresented," and an address and email address provided.  The Court therefore directs Plaintiff to file under seal a declaration containing his true name, residential address, and phone number by no later than **May 8, 2026**.  The failure to submit this declaration by May 8, 2026, may result in the dismissal of this action.

Plaintiff can submit all filings as PDFs by email to Pro_Se_Filing@nysd.uscourts.gov. Pro se parties who are unable to use email may still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.

**CONCLUSION**

The Court directs Plaintiff to file under seal a declaration containing his true name, residential address, and phone number by **May 8, 2026**. A declaration form is attached to this order.

The Clerk of Court is directed to add to the docket Plaintiff's email address (Jonathandoe2153@gmail.com) and to email a copy of this order to Plaintiff, together with an information package. Plaintiff may consent to accept service of documents by email by completing the attached form, Consent to Electronic Service.[1]

SO ORDERED.

Dated:   April 9, 2026
         New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

---

[1] If Plaintiff consents to accept service of documents by email, Plaintiff will no longer receive copies of documents in this case by regular mail.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the first and last name of each plaintiff or
petitioner.

Case No. _____ CV _____

-against-

_____

_____

_____

_____

Write the first and last name of each defendant or
respondent.

## DECLARATION

_____

_____

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment," or "in Response to Order to Show Cause."

I, _____ ,  declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

_____

_____

_____

_____

_____

Rev. 10/3/16

_____

Attach additional pages and documents if necessary.

| | |
|---|---|
| _____ | _____ |
| Executed on (date) | Signature |
| _____ | _____ |
| Name | Prison Identification # (if incarcerated) |
| _____ | |
| Address | City            State        Zip Code |
| _____ | _____ |
| Telephone Number (if available) | E-mail Address (if available) |

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI)

Address                City                State                Zip Code

Telephone Number                E-mail Address

Date                Signature

**Click Here to Save**